Georganne W. Bradley
Nevada State Bar No. 1105
Kaempfer Crowell Renshaw Gronauer & Fiorentino
8345 West Sunset Road, Suite 250
Las Vegas, NV 89169
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: gbradley@kcnvlaw.com

Roberto J. Kampfner
California Bar No. 179026
Melanie C. Scott
California Bar No. 234646
White & Case LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
E-mail: rkampfner@whitecase.com
E-mail: mcscott@whitecase.com

Attorneys for Reorganized Debtors
VCSP, LLC and BOULEVARD ENTERPRISES, LLC

**E-FILED on November 24, 2010**

Candace C. Carlyon
Nevada State Bar No. 02666
Shea & Carlyon, Ltd.
701 E. Bridger, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-mail: ccarlyon@sheacarlyon.com

Attorneys for CM Capital Services, DBA Consolidated Mortgage, LLC, as attorney in fact for certain lenders

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>VCSP, LLC, et al.,[1]<br><br>Debtors, | Case No. 09-12390-lbr<br><br>Chapter 11 |
| FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for FRANKLIN BANK, S.S.B.,<br><br>Appellant,<br><br>v.<br><br>VCSP, LLC, BOULEVARD ENTERPRISES, LLC and CM CAPITAL SERVICES, LLC, dba Consolidated Mortgage, LLC<br><br>Appellees. | Civil No. 10-CV-00409-JCM-(PAL)<br><br>**ORDER AFFIRMING JUDGMENT OF BANKRUPTCY COURT IN ALL RESPECTS** |

[1] The Debtors are the following entities: VCSP, LLC, a Nevada limited liability company (EIN 20-4263609); and Boulevard Enterprises, LLC, a Nevada limited liability company (EIN 20-8105362).

On March 22, 2010, the Appellant filed a notice of appeal appealing: (a) the final judgment (the "Final Judgment") entered by the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") in Adversary Proceeding Number 09-01315-lbr [Adversary Docket No. 54], (b) the related "Findings of Fact and Conclusions of Law" [Adversary Docket No. 42] and (c) the related "Supplemental Findings of Fact and Conclusions of Law" [Adversary Docket No. 55].

A hearing concerning this appeal was held on November 17, 2010 before the Court. Rodney M. Jean of Lionel, Sawyer & Collins and Matthew I. Kramer of Bilzin Sumberg Baena Price & Axelrod, LLP appeared on behalf of Appellant. Georganne W. Bradley and Roberto J. Kampfner appeared on behalf of Appellees VCSP, LLC and Boulevard Enterprises, LLC, and Candace C. Carlyon appeared on behalf of Appellee CM Capital Services, dba Consolidated Mortgage, LLC.

The Court has considered the Appellant's Opening Brief, the Appendix to the Appellant's Opening Brief, the Appellees' Answering Brief, the Appendix to the Appellees' Answering Brief,[2] the Errata to Appellant's Appendix to Opening Brief, the Appellant's Reply Brief and the arguments of counsel at the November 17 hearing referenced above. For the reasons stated on the record, the Court hereby finds that the Final Judgment, Findings of Fact and Conclusions of Law, and Supplemental Findings of Fact and Conclusions of Law should be affirmed in all respects.

Without limiting the generality of the foregoing, the Final Judgment should be affirmed because the Bankruptcy Court did not err in finding that the Note Purchase Payments were not covered by the Subordination Agreement. In short, such payments do not constitute payments "under," "upon" or "in respect of" the obligations under the Subordinated Loan Documents because the Note Purchase Payments were used to purchase the Subordinated Loan not to pay it down or satisfy it any way. Nothing in the Subordination Agreement prevents the Subordinated Lender from selling the Subordinated Loan and retaining the proceeds of such sale.

---

[2] Capitalized terms used herein, but not defined herein, shall have the means ascribed to such terms in the Appellees' Answering Brief.

Based on the foregoing, and good cause appearing:

IT IS HEREBY ORDERED, that the Final Judgment, Findings and Conclusions and Supplemental Findings and Conclusions are AFFIRMED in all respects.

Dated: January 18, 2011

UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

SHEA & CARLYON, LTD.

SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
701 E. Bridger Avenue, Suite 850
Las Vegas, NV 89101

*Counsel for CM Capital Services, DBA Consolidated Mortgage, LLC, as attorney in fact for certain lenders*